UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-113-01-F
No. 4:11-CR-113-02-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEITH EDWARD FRAZIER | ) | |
| DEONTAYE TREVON PARRISH | ) | |
| Defendants. | ) | |

This matter is before the court on Deontaye Parrish's Motion for Leave to Join Co-Defendant's Motions [DE-79]. Specifically, he seeks to be permitted to join in Keith Edward Frazier's May 24, 2012, Motion for Early Disclosure of Brady/Giglio Material [DE-72], Motion to Sever [DE-73], Motion for Early Production of Jenks Act Material [DE-75], and Motion to Suppress [DE-76]. For the reasons stated therein, Parrish's Motion for Leave to Join [DE-79], is ALLOWED. *By so ruling, however, the court expresses no opinion as to the merits of those motions, if any, as to either defendant, or as to Parrish's standing to pursue relief thereunder.*

Parrish also has filed a Motion to Continue his arraignment from the July 2, 2012, term to "mid-August," the earliest time during which his defense counsel can identify a "non-conflict" period for trial. Although defense counsel reports that he has conferred in good faith with the prosecutor, he does not represent that the Government consents. Whether or not to continue this matter and/or the arraignment and trial of co-defendant Keith Frazier – and if so, for how long – are issues that best can be resolved after a hearing on the defendants' joint Motion to Sever [DE-73] and Motion to Suppress [DE-76]. Therefore, Parrish's Motion to Continue [DE-78] is HELD IN ABEYANCE until after the motions hearing scheduled below.

The Clerk of Court is DIRECTED to schedule and notice a hearing on Keith Frazier's and Deontaye Parrish's Motion to Sever [DE-73] and Motion to Suppress [DE-76] at **10:00 a.m.** on **Wednesday, June 20, 2012**, in Wilmington, North Carolina.

SO ORDERED.

This, the ___5th___ day of June, 2012.

_____
JAMES C. FOX
Senior United States District Judge