UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-113-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| KEITH EDWARD FRAZIER | ) | |
| Defendant. | ) | |

This matter is before the court on Keith Edward Frazier's ("Frazier") "Supplemental Motion to Suppress" [DE-118] filed in response to this court's invitation contained in its August 27, 2012, order to (a) "offer some authority for a legal argument concerning the efficacy of N.C. Gen. Stat § 7A-273(4) to require the suppression in this court of Det. Farrar's forensic examination of Frazier's iPhone in Greenville, North Carolina," and/or (b) "mount a factual challenge to Cpl. Seighman's Affidavit concerning the particulars of the traffic stop on March 31, 2011." Order [DE-109], at pp. 10-11. The Government responded to Frazier's Supplemental Motion. See Response [DE-120].

The court has carefully considered both parties' arguments, and concludes that Frazier's Supplemental Motion to Suppress [DE-118] – as well as his prior motions [DE-97] and [DE-99] addressed in the order [DE-109] of August 27, 2012 – must be, and therefore are, DENIED. The court ADOPTS the Government's Response [DE-120], together with the order [DE-109], as expressing its rationale in denying Frazier's motions. No evidentiary hearing is necessary.

SO ORDERED. This, the 14th day of September, 2012.

JAMES C. FOX
Senior U.S. District Judge