IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-113-1F
No. 4:11-CR-113-2F
No. 4:11-CR-113-3F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| KEITH EDWARD FRAZIER | ) | |
| DEONTAYE TREVON FRAZIER | ) | |
| KEVIN LABRICIO FRAZIER | ) | |

At the direction of the Court, and for the continued efficient administration of justice, this case as to all defendants is reassigned to the Honorable Terrence W. Boyle, Chief United States District Judge, for all further proceedings. **All future documents shall reflect the revised case number of 4:11-CR-113-BO.**

SO ORDERED. This the 20th day of August, 2020.

/s/ Peter A. Moore, Jr.
Clerk of Court